IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **15-cv-00030-AP**

**MARQUETTA C. MURRAY,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

---

### ORDER FOR JUDGMENT AND REMAND

Kane, J.

      Defendant's Unopposed Motion for Remand (Doc. 19), seeking entry of judgment and a remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g), is **GRANTED**.  The final decision of the agency is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

      Dated:  June 25, 2015.

                                      BY THE COURT:

                                      ***s/John L. Kane***
                                      SENIOR U.S. DISTRICT COURT JUDGE