# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:     **15-cv-00030-JLK**

**MARQUETTA C. MURRAY,**
                          Plaintiff,

v.

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**,

                          Defendant.

## ORDER

Upon consideration of the parties' Stipulation for Equal Access to Justice Act (EAJA) Attorney's Fees (Doc. 24), pursuant to 28 U.S.C. § 2412, the Court hereby GRANTS the Stipulation to pay attorney fees. It is ORDERED that Defendant shall pay to Plaintiff $5,617.50 under the EAJA, 28 U.S.C. § 2412. Payment shall be made to Plaintiff directly, care of her attorney, at:

    Frederick W. Newall, Esq.
    730 N. Weber St., Ste. 101
    Colorado Springs, CO 80903

Dated this 22nd day of September, 2015.

                                                      JOHN L. KANE
                                                      SENIOR U.S. DISTRICT COURT JUDGE